IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
FEB 1 9 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-10017 |
| ) | |
| ANDREW WHEELER, ) | VIO: 18 U.S.C. §§ 1591(a)(1), (a)(2), (b)(2), and (c); 18 U.S.C. § 1594(c) |
| ) | |
| Defendant. ) | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
**(Sex Trafficking of a Minor)**

Beginning on an unknown date and continuing through on or about October 8, 2019, in the Central District of Illinois, the defendant,

**ANDREW WHEELER,**

did benefit, financially and by receiving anything of value from participation in a venture which did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, Victim-1, knowing and in reckless disregard of the fact, and having had

1

a reasonable opportunity to observe Victim-1, that Victim-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act,

In violation of Title 18, United States Code, Sections 1591(a)(2), (b)(2), and (c).

## COUNT TWO
### (Sex Trafficking of a Minor)

Beginning on an unknown date and continuing through on or about October 8, 2019, in the Central District of Illinois, the defendant,

**ANDREW WHEELER,**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, Victim-2, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Victim-2, that Victim-2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in and affecting interstate commerce,

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

## COUNT THREE
### (Sex Trafficking of a Minor)

Beginning on an unknown date and continuing through on or about October 8, 2019, in the Central District of Illinois, the defendant,

**ANDREW WHEELER,**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, Victim-4, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Victim-4, that Victim-4 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in and affecting interstate commerce,

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

## COUNT FOUR
### (Conspiracy to Commit Sex Trafficking of a Minor)

On or about August 18, 2019, in the Central District of Illinois, the defendant,

**ANDREW WHEELER,**

did combine, conspire and agree with another, to, in and affecting interstate commerce, knowingly harbor, transport, provide, and maintain by any means a person, Victim-2, knowing and in reckless disregard of the fact, and having had a

reasonable opportunity to observe Victim-2, that Victim-2 had not attained the age of 18 years and would be caused to engage in a commercial sex act,

In violation of Title 18, United States Code, Sections 1594(c), 1591(a)(1), (b)(2), and (c).

A true bill.

s/Foreperson

Foreperson

s/Adam W Ghrist

**JOHN C. MILHISER**
UNITED STATES ATTORNEY
AWG